

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00116-CR

**STEVEN HOPPER,**

                                           **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                           **Appellee**

---

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 22-053CR

---

## MEMORANDUM OPINION

---

Steven Hopper, a prison inmate, seeks to appeal his conviction for driving while intoxicated. The judgment was signed January 4, 2023. Because Appellant did not file a motion for new trial, the notice of appeal was due to be filed by February 3, 2023. *See* TEX. R. APP. 26.2(a)(1). Appellant filed his notice of appeal on April 20, 2023.

A court of appeals' jurisdiction is invoked by a timely, written notice of appeal. *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). Because Appellant's notice of

appeal is untimely, we have no jurisdiction over the appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

The appellant in a criminal case may pursue an out-of-time appeal by filing a writ of habeas corpus with the Texas Court of Criminal Appeals. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding).

Because Appellant's notice of appeal was late, this appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     Justice Smith
Dismissed
Opinion delivered and filed May 3, 2023
Do not publish
[CR25]

